Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of miniature knives similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (44 Cust. Ct. 10, C.D. 2145), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 7, 1960

No. 64825.—Osan Supply Company *v.* United States, protest 58/18501 (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64826.—Osan Supply Company *v.* United States, protest 59/10852 (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64827.—Iceland Products, Inc. *v.* United States, protest 59/19352 (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64828.—V. Christensen Co. *v.* United States, protest 59/26494 (New York).